IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LATONYA EVANS,

   Defendant.

CRIMINAL FILE NO.
1:14-CR-52-3-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 235] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 161 & 165]. The evidence against the Defendant was overwhelming. She has failed to show that any of the attorneys who represented her rendered ineffective assistance of counsel or that she was prejudiced in any way by Mr. Morris' substance abuse. The Defendant's Objections are totally without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Defendant's Motion to Vacate Sentence [Doc. 161 & 165] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of May, 2018.


                                           /s/Thomas W. Thrash
                                           THOMAS W. THRASH, JR.
                                           United States District Judge